

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-17-00183-CV

**IN THE MATTER OF J.M.L., J.L.B., E.L., R.M.B., AND M.E.L., CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02870
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant Juan T.'s motion for extension of time to file his appellant's brief is granted. We order appellant Juan T. to file his appellant's brief by May 21, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.

_____
Keith E. Hottle
Clerk of Court